UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.

NO. 07 150 01 M

WILLIAM SWANSON

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, William Swanson, by and through counsel, and hereby moves this Court to continue his September 5, 2007 trial for a period of thirty (30) days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on September 5, 2007 for trial.

2. However, the undersigned counsel needs additional time to prepare for trial or explore a global plea between the Federal and State prosecutors in this matter.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
William Swanson,
By his Attorney,

Date: August 30, 2007      /S/Richard Monteith_____
Richard Monteith
14 Londonderry Road
Londonderry, NH 03053
437-2733

CERTIFICATE OF SERVICE

I, Richard Monteith, herein certify that on this 30th day of August, 2007, a copy of the within was e filed to the United States Attorney's Office and mailed, postage prepaid, to William Swanson.


        /S/Richard Monteith_____
        Richard Monteith