# United States District Court
## District of New Hampshire

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**WILLIAM SWANSON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Case No. **07-cr-150-01-JD**<br>USM No. 09777-049<br>**Paul Garrity, Esq.**<br>Defendant's Attorney |

**THE DEFENDANT:**

[x]   admitted guilt to violation of condition **specified in the Petition for Warrant** of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Illegal Possession of a Controlled Substance | January 31, 2010 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Last Four Digits of Defendants SSN:  4005

Defendant's Year of Birth:  1987

City and State of Defendant's Residence:
Manchester, NH 03104

August 26, 2010
Date of Imposition of Sentence

Signature of Judicial Officer

**STEVEN J. MCAULIFFE**
**Chief Judge**
Name & Title of Judicial Officer

August 27, 2010
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocation - Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: **07-cr-150-01-JD** | Judgment - Page 2 of 2 |
| DEFENDANT: **WILLIAM SWANSON** | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 months.**

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[x]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at _ on _.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on _.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal